UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>KB HOME NORTH BAY, INC., a California corporation; KB HOME SACRAMENTO, INC., a California corporation; and DOES 1 through 10 inclusive,<br><br>    Defendants. | RELATED CASE ORDER<br><br>CIV. NO. 2:15-352 WBS EFB |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, FIDELITY & GUARANTY INSURANCE COMPANY, an Iowa corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>KB HOME NORTH BAY, INC., a California corporation; and | CIV. NO. 1:15-481 LJO BAM |

1

| | |
|---|---|
| 1  DOES 1 through 10 inclusive,<br>2           Defendants.<br>3  ─────────────────────────────<br>4<br>5  TRAVELERS INDEMNITY COMPANY<br>   OF CONNECTICUT, a Connecticut<br>6  corporation, and TRAVELERS<br>   PROPERTY CASUALTY COMPANY OF<br>7  AMERICA, a Connecticut<br>   corporation,<br>8           Plaintiffs,<br>9      v.<br>10 KB HOME NORTH BAY, INC., a<br>11 California corporation; KB<br>   HOME SACRAMENTO, INC., a<br>12 California corporation; and<br>   DOES 1 through 10 inclusive,<br>13<br>            Defendants.<br>14<br>15 ───────────────────────────── | CIV. NO. 2:15-755 KJM DAD |

16                        ----oo0oo----

17          Examination of the above-entitled actions reveals that
18 these actions are related within the meaning of Local Rule
19 123(a) because they involve the same parties and similar claims.
20 Accordingly, the assignment of the matters to the same judge is
21 likely to effect a substantial saving of judicial effort and is
22 also likely to be convenient for the parties.
23          The parties should be aware that relating the cases
24 under Local Rule 123 merely has the result that both actions are
25 assigned to the same judge; no consolidation of the actions is
26 effected.  Under the regular practice of this court, related
27 cases are generally assigned to the judge to whom the first filed
28
                                  2

1  action was assigned.
2        IT IS THEREFORE ORDERED that the actions denominated
3  Travelers Indemnity Company of Connecticut, et al. v. KB Home
4  North Bay, Inc., et al., Civ. No. 2:15-352 WBS EFB; Travelers
5  Indemnity Company of America, et al. v. KB Home North Bay, Inc.,
6  et al., Civ. No. 1:15-481 LJO BAM; and Travelers Indemnity
7  Company of Connecticut, et al. v. KB Home North Bay, Inc., et
8  al., Civ. No. 2:15-755 KJM DAD, be, and the same hereby are,
9  deemed related and the cases denominated Travelers Indemnity
10 Company of America, et al. v. KB Home North Bay, Inc., et al.,
11 Civ. No. 1:15-481 LJO BAM, and Travelers Indemnity Company of
12 Connecticut, et al. v. KB Home North Bay, Inc., et al., Civ. No.
13 2:15-755 KJM DAD, shall be assigned to Senior District Judge
14 William B. Shubb and Magistrate Judge Edmund F. Brennan.
15 Henceforth, the caption on documents filed in those case shall be
16 shown as Travelers Indemnity Company of America, et al. v. KB
17 Home North Bay, Inc., et al., Civ. No. 1:15-481 WBS EFB, and
18 Travelers Indemnity Company of Connecticut, et al. v. KB Home
19 North Bay, Inc., et al., Civ. No. 2:15-755 WBS EFB, respectively.
20       IT IS FURTHER ORDERED that the Clerk of the Court make
21 appropriate adjustment in the assignment of civil cases to
22 compensate for this assignment.
23 Dated:  June 19, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE