1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>KB HOME NORTH BAY INC., a California corporation; KB HOME SACRAMENTO INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTER CLAIM. | CASE NO.:  2:15-cv-00352-WBS-EFB<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>[Filed concurrently with the Stipulation of Dismissal] |

1

1   Pursuant to Federal Rule of Civil Procedure 41(a), the Joint Stipulation to Dismiss with
2   prejudice is granted. Accordingly, this action is dismissed with prejudice, with each party to bear its
3   own costs.

4   Dated:  July 25, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE